**Opinion issued January 7, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00891-CV

———————————

## IN THE INTEREST OF J.A.M.V. AKA J.A.M.

On Appeal from the 313th District Court
Harris County, Texas
Trial Court Case No. 2012-04355J

## MEMORANDUM OPINION

On August 6, 2013, appellant, R.V.-O., filed a notice of appeal from an Interlocutory Decree for Termination, and the appeal was assigned to this Court under our appellate number 01-13-00681-CV. On October 17, 2013, R.V.-O. filed a notice of appeal from the October 1, 2013 Decree for Termination and Agreed Decree in Suit Affecting the Parent-Child Relationship, which made the

interlocutory decree final. This second appeal was assigned to this Court under appellate cause number 01-13-00891-CV.

We consolidate the two appeals. Any records and documents filed in cause number 01-13-00891-CV are consolidated into cause number 01-13-00681-CV. The consolidated appeal shall proceed under appellate cause number 01-13-00681-CV. Cause number 01-13-00891-CV is dismissed. *See BBG Group, L.L.C. v. MBI Global, L.L.C.*, No. 14-12-00247-CV, 2012 WL 3241557, at *1 (Tex. App.—Houston [14th Dist.] Aug. 9, 2012, no pet.) (mem. op.); *Livingston v. Arrington*, No. 03-11-00197-CV, 2011 WL 2297705, at *1 (Tex. App.—Austin June 10, 2011, no pet.) (mem. op.). Briefing will proceed under the briefing deadlines in cause number 01-13-00681-CV. *See* TEX. R. APP. P. 38.6.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.